WILLIAM W. GILMORE, Respondent, *v.* EDWARD E. HAM, Appellant.

(Submitted April 29, 1892; decided May 24, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 7, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John C. Hunt* for appellant.

*T. K. Fuller* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

JAMES F. MALCOM, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY et al., Appellants.

(Argued May 2, 1892; decided May 24, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 16, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Sidney Smith* for appellants.

*Esek Cowen* for respondent.

Agree to reverse and grant new trial on authority of *Roberts* v. *Manhattan R. Co.* (128 N. Y. 455); *Doyle* v. *Same* (Id. 488); *Gray* v. *Same* (Id. 499).
All concur, except GRAY, J., not voting.
Judgment reversed.